UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHAINA DROUILLARD, on behalf of herself    16-CV-00624 (ADS)(AKT)
and all others similarly situated,

                          Plaintiffs,

   -against-

SPRINT CORPORATION,

                          Defendant.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that during the time period that Plaintiff has been employed by Defendant, Defendant is and has been an "enterprise engaged in commerce or in the production of goods for commerce" within the meaning of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203(s), and that its gross annual volume of sales made or business done was not less than $500,000.00 each year.  For purposes of this Stipulation, facsimile or scanned and emailed signatures shall constitute originals.

Dated: Westbury, New York
       July 6, 2016

NEIL H. GREENBERG & ASSOCIATES, P.C.        PROSKAUER ROSE LLP

By: _____                       By: _____
    Justin M. Reilly, Esq.                              Harris M. Mufson, Esq.
Attorneys for the Plaintiffs                        Attorneys for Defendant
4242 Merrick Road                                     Eleven Times Square
Massapequa, New York 11758                 New York, New York 10036
(516) 228-5100                                          (212) 969-3794