**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.

HEATHER BABIONE, ESQ.

CATALINA ROMAN

PARALEGAL

July 12, 2016

VIA: ECF Filing

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

> RE: Drouillard v. Sprint Corporation
> 16 CV 624 (ADS)(AKT)

Dear Judge Tomlinson:

My office represents the Plaintiff in the above referenced matter.

This correspondence is to advise the Court that the parties have conferred with their respective clients and have agreed to participate in the new mediation program offered by the EDNY.

The parties have agreed to mediate the claims of the named Plaintiff and the single opt-in prior to any determination of certification.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

cc: Harris M. Mufson, Esq.