**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.

HEATHER BABIONE, ESQ.

CATALINA ROMAN

PARALEGAL

October 20, 2016

VIA: ECF filing

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

                RE: Drouillard v. Sprint Corporation
                16 CV 624 (ADS)(AKT)

Dear Judge Tomlinson:

This office represents the named plaintiff and opt-in plaintiffs in the above matter.

Due to scheduling conflicts, the parties respectfully request that the briefing schedule for plaintiffs' conditional certification motion be modified as follows:

1. Plaintiffs shall serve their opening papers on November 16, 2016;
2. Defendants shall serve their opposition papers on December 16, 2016; and
3. Plaintiffs shall serve their reply papers on December 30, 2016.

The parties shall each file their papers with the Court on December 30, 2016.

Thank you for your time and attention to this matter.

                Yours truly,

                Justin M. Reilly

cc: Harris M. Mufson, Esq.