## CIVIL CAUSE FOR FAIRNESS HEARING

BEFORE JUDGE: __SPATT__   DATE: __3/21/19__ TIME: __9:00__
DOCKET NUMBER: __CV-16-0624__   (15 mins)

TITLE: __DOUILLARD v. SPRINT, et al.__

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 21 2019 ★
LONG ISLAND OFFICE

APPEARANCES: FOR PLAINTIFF: __Justin M. Reilly, Esq.__ ✓

~~Neil H. Greenberg, Esq.~~

FOR DEFENDANT: __Harris M. Mufson, Esq.__ ✓

__Steven D. Hurd, Esq.__ ✓

C/R Mary Ann Steiger

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ FAIRNESS HEARING HELD

___ CASE MARKED READY FOR TRIAL _____

___ FURTHER STATUS CONFERENCE SCHEDULED FOR _____

✓ OTHER Court certifies the Class for settlement purposes. Plaintiff as representative. Settlement agreement must be revised to remove the confidentiality portion. Other rulings on the record.